**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.   1:12-cv-48 |
| vs. | ) |
| | ) |
| | ) **NOTICE OF DISMISSAL** |
| FMS INVESTMENT CORP. d/b/a | ) |
| FINANCIAL MANAGEMENT | ) |
| SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

Now comes the Plaintiff, MICHAEL BOYD, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

                                            Respectfully submitted,

                                            /s/ David B. Levin
                                            David B. Levin (0059340)
                                            Mitchel E. Luxenburg (0071239)
                                            Attorneys for Plaintiff
                                            Luxenburg & Levin, LLC
                                            23875 Commerce Park
                                            Suite 105
                                            Beachwood, OH 44122
                                            (888) 493-0770, ext. 302 (phone)
                                            (866) 551-7791 (facsimile)
                                            david@luxenburglevin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2012, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
david@luxenburglevin.com