It is so ordered.
/s/John R. Adams
U.S. District Judge
4/23/2012

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BOYD, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:12-cv-48 |
| | ) **NOTICE OF DISMISSAL** |
| FMS INVESTMENT CORP. d/b/a FINANCIAL MANAGEMENT SYSTEMS, | ) |
| Defendant. | ) |

Now comes the Plaintiff, MICHAEL BOYD, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

Respectfully submitted,

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
david@luxenburglevin.com